[No. 12365-7-II. Division Two. December 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. PENA, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 88-8-00083-6, Guy M. Glenn, J. Pro Tem., entered October 13, 1988. *Reversed* by unpublished per curiam opinion.

[No. 9115-5-III. Division Three. December 14, 1989.]

DANILEI FLORES, *Appellant,* v. JIM JONES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 86-2-00108-6, Yancey Reser, J., entered December 14, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 9479-1-III. Division Three. December 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE R. LAUGHLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-1-00044-9, James B. Mitchell, J., entered June 28, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 9589-4-III. Division Three. December 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GUADALUPE GALVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50102-4, Duane E. Taber, J., entered September 6, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.